# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1838

_____

| | | |
|---|---|---|
| Carlos F. Calhoun, also known as William Anderson, | * * * | |
| Appellant, | * | |
| v. | * * * | Appeal from the United States District Court for the Southern District of Iowa. |
| John Baldwin, Director, Iowa Department of Corrections; Elizabeth Robinson, and all members, Iowa Board of Parole, | * * * * * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: December 16, 2009
Filed: December 17, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Carlos Calhoun, currently incarcerated in federal prison after escaping from an Iowa work release program, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006), we affirm for the reasons stated by

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

the district court, *see Moody v. Daggett*, 429 U.S. 78, 86 n.7, 88 n.9 (inmate not entitled to revocation hearing while in prison on separate offense; no due process violation where "pending warrant and detainer adversely affect[ed] [inmate's] prison classification and qualification for institutional programs").  *See* 8th Cir. R. 47B.

_____